**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 7 |
| STEEPLE RUN, L.P., | Case No. 17-14458 (ELF) |
| Debtor. | |
| BONNIE B. FINKEL, ESQUIRE, in her capacity as Chapter 7 Trustee for Steeple Run, L.P. | Adv. Proc. No. 19-00139 (ELF) |
| Plaintiff | |
| v. | |
| PRUDENTIAL SAVINGS BANK, | Hearing Date:  TBD<br>Hearing Time:  TBD<br>Hearing Place:  Courtroom 1 |
| Defendant. | |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

Prudential Savings Bank has filed a Motion to Dismiss and Motion to Strike the Adversary Complaint filed by Bonnie B. Finkel, Esquire, in her capacity as Chapter 7 Trustee of Steeple Run, L.P. (the "Motion") with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney)**.

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **September 16, 2019, you or your attorney must file a Response to the Motion**. (*see Instructions on next page*).

3. **A hearing on the Motion** will be scheduled **on a date determined by the Bankruptcy Court and will take place in Courtroom #1, United States Bankruptcy Court, Robert N.C. Nix, Sir. Federal Building& Post Office, 900 Market Street, 2nd Floor, Philadelphia, PA**. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4813-0426-5120

4.  **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5.  You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response

6.  If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

### Filing Instructions

7.  **If you are required to file documents** electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

8.  **If you are not required to file electronically**, you must file your response at

    **United States Bankruptcy Court**
    **Robert N.C. Nix, Sir. Federal Building & Post Office**
    **900 Market Street, 2nd Floor**
    **Philadelphia, PA**

7.  **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

8.  On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    Edmond M. George, Esquire
    Michael D. Vagnoni, Esquire
    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
    Centre Square West
    1500 Market Street, 34th Floor
    Philadelphia, PA 19102
    Tel: (215) 665-3140
    Fax: (215) 665-3165
    Email: edmond.george@obermayer.com

Date: August 26, 2019     By:    */s/ Edmond M. George*
                                  Edmond M. George, Esquire
                                  Nicholas Poduslenko, Esquire
                                  Michael D. Vagnoni, Esquire

2

4813-0426-5120