# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| STEEPLE RUN, L.P., | Case No. 17-14458-elf |
| Debtor. | Chapter 7 |
| BONNIE B. FINKEL, ESQUIRE, in her capacity as Chapter 7 Trustee for Steeple Run, L.P., | |
| Plaintiff, | |
| v. | Adv. No. 19-00139-elf |
| PRUDENTIAL SAVINGS BANK, | |
| Defendant. | |

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Bonnie B. Finkel Esquire, in her capacity as Chapter 7 Trustee for Steeple Run, L.P., and Defendant Prudential Savings Bank, by and through their respective undersigned counsel, hereby stipulate and agree to an extension of time to July 17, 2020 for Defendant to file its answer, motion or otherwise plead to Plaintiff's Amended Complaint in the above-captioned adversary proceeding.

For Plaintiff:

/s/ Maurice R. Mitts

MAURICE R. MITTS, ESQ.
ROSS G. CURRIE, ESQ.
MICHAEL J. DUFFY, ESQ.
**MITTS LAW, LLC**

Dated: June 19, 2020

For Defendant:

/s/ Edmond M. George

NICHOLAS PODUSLENKO, ESQ.
EDMOND M. GEORGE, ESQ.
MICHAEL D. VAGNONI, ESQ.
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**

Dated: June 19, 2020

## O R D E R

The foregoing Stipulation is **APPROVED**.

Date: 6/26/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**